IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH ALBERT TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03cv3124 |
| | ) | |
| vs. | ) | AMENDMENT TO |
| | ) | PROGRESSION ORDER |
| | ) | |
| RAYMOND EDELMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

It has come to the court's attention that there has been very little activity in the above-entitled case in almost a year. In his complaint, the plaintiff, Joseph Albert Taylor, claims that he suffered injury in an incident of excessive force instigated by defendant-Raymond Edelman in retaliation for the plaintiff's rejection of an alleged sexual advance. A videotape of the incident has been filed with the court.

It is appropriate that the plaintiff be allowed to view the videotape. Therefore, by no later than **July 15, 2005**, the plaintiff shall be taken to a facility operated by the Nebraska Department of Correctional Services ("DCS") or, if DCS officials prefer, to the offices of the defendants' counsel, the Nebraska Attorney General, to view the videotape of the incident. The plaintiff shall be allowed to take notes, and a person approved by DCS shall assist the plaintiff in rewinding, pausing and otherwise operating the video equipment to enable the plaintiff sufficient opportunity to review the video and take notes.

In addition, it appears from the record in this case that an extension of the dispositive motions deadline established in the court's progression order would be appropriate. Therefore, the deadline by which the parties may file motions for summary judgment is hereby extended until **August 30, 2005**.

SO ORDERED

DATED this 14th day of June, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge