# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH ALBERT TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) 4:03cv3124 |
| RAYMOND EDELMAN, et al., | ) NOTICE OF HEARING |
| Defendant. | ) |

The case designated below is set for hearing before the undersigned magistrate judge in the United States District Court, Courtroom 6, Second Floor, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska, on **Friday, September 30, 2005, at 10:00 A.M.,** and, in accordance with the usual practice and understanding, the officials of the Nebraska Department of Corrections are requested to produce the concerned inmate for said hearing:

| Case No. | Case Name | Time | Length of Hearing |
|---|---|---|---|
| 4:03cv3124 | Joseph A. Taylor v. Raymond Edelman, et al. | 10:00 A.M. | 1-1½ hours |

Individual to be produced for said hearing:  **Joseph Albert Taylor, Inmate #48388 (Tecumseh State Correctional Institution)**

Dated this 26th day of September 2005

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge

cc:
Brian Ennis, U.S. Marshal
Kevin Wilken, Records Office, Tecumseh State Prison