IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH ALBERT TAYLOR, | ) | 4:03CV3124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| RAYMOND EDELMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This civil matter has been set for a non-jury trial before me on October 31, 2005. It is scheduled to take about 2.5 days.

As of this date, there are 9 criminal cases and 2 civil cases scheduled for trial on October 31, 2005. Criminal cases are resolved first, followed by civil cases. This case is the 11th (or last) case scheduled for trial on October 31, 2005.

Given the above, and since the plaintiff appears pro se, and he is in prison, arrangements need to be made to insure that the trial of the case goes smoothly. Therefore,

IT IS ORDERED that:

1. Counsel for the defendants shall confer with the plaintiff. After that, counsel for the defendant shall:

    A. arrange for the transportation and the presence of the defendant and inmate-witnesses at trial, and provide security for the defendant and other inmates while at the courthouse;

    B. confer with the United States Marshals Service to make certain that all security arrangements are acceptable to the United States Marshals Service;

    C. arrange for the presence of non-inmate witnesses at trial who are employed by the State of Nebraska;

    D. prepare and file such duly executed stipulations and agreements as will provide for the orderly and expeditious trial of this case.

2. The plaintiff is directed to cooperate with counsel for the defendants in seeing to the orderly and expeditious trial of this case.

3. Counsel for the defendants shall arrange a telephone conference with the undersigned, counsel for the defendants and the pro se plaintiff on Friday, October 28, 2005, at 3:30 PM to discuss whether the case will be tried during the following week and to resolve any last-minute problems. Counsel for the defendant is directed to contact the judicial assistant for the undersigned, Kristin Leininger, at 402.437.5252, to insure that proper arrangements have been made for this telephone conference.

4. A copy of this memorandum and order shall, of course, be provided to the pro se plaintiff and counsel for the defendants. A copy shall also be provided to the United States Marshals Service.

October 4, 2005.                        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge