IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH ALBERT TAYLOR, | ) | 4:03CV3124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| RAYMOND EDELMAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

I am unable to try this case on Monday, October 31, 2005. I will be in trial in a criminal case and I must give that case expedited consideration. I was unable to confer with the parties in this case on Friday. Nevertheless,

IT IS ORDERED that this matter is referred to Magistrate Judge Gossett for rescheduling. I also request that Judge Gossett correspond in writing with the parties about the possibility of consenting to proceed before a magistrate judge. Given my heavy trial schedule, it is quite unlikely that I will be able to try this case in a timely manner. If the parties do not wish to consent to a trial before a magistrate judge, I will do my best but I cannot promise them a speedy disposition.

October 28, 2005.                    BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge