# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOSEPH ALBERT TAYLOR,** | ) |
| **Plaintiff,** | ) |
| vs. | )  4:03cv3124 |
| **RAYMOND EDELMAN,** | )  **MEMORANDUM AND ORDER** |
| **Defendant.** | ) |

This matter is before the court to reschedule the trial of the above-entitled case.

**IT IS ORDERED:**

A nonjury trial of this case will begin on Monday, **January 23, 2006**, at 9:00 a.m. before the Honorable Richard G. Kopf, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, subject to the prior disposition or continuance of any criminal cases set for trial that week.

**DATED November 21, 2005.**

                        **BY THE COURT:**

                        s/ F.A. Gossett
                        **United States Magistrate Judge**