IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH ALBERT TAYLOR, | ) | Case No. 4:03cv3124 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| RAYMOND EDELMAN, et al., | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the defendants and plaintiff, Joseph Albert Taylor, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Nos. 13 through 26 from trial held 1/23/06 through 1/25/06

(Exhibits 1 through 12 returned to file as part of Filing 1; Exhibit 27 returned to file as Filing   73)

Defendant's Exhibit Nos. 28, 29, 101 through 108 from trial held 1/23/06 through 1/25/08

If counsel for the defendants and plaintiff fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 9th day of May, 2008.

s/ *Richard G. Kopf*
United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07